Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

In re:
GRENNER MONTGOMERY JR
VERONIS R MONTGOMERY

Case No. 11-36294
Account No. 3856

OCWEN LOAN SERVICING LLC
ATTN: CASHIERING DEPT
PO BOX 24781
WEST PALM BEACH, FL 33416-4781

GRENNER MONTGOMERY JR
VERONIS R MONTGOMERY
1722 GROVE AVE
NORTH CHICAGO, IL 60064

KENNETH S BORCIA & ASSOC
PO BOX 447
LIBERTYVILLE, IL 60048

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on March 12, 2012.

/S/  Marifran Smith

For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650,, Lisle, IL on May 17, 2012.

/S/  Marifran Smith

For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888