**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Grenner Montgomery, Jr.                                               Case No. 11-36294
    Veronis R. Montgomery                                            Chapter 13
                                                                                      Judge: A. Benjamin Goldgar

                             Debtors,
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for: Ocwen Loan Servicing, LLC
Our File No.: C15-26596

Kenneth S Borcia
Kenneth Borcia & Associates
P.O Box 447
Libertyville, IL 60048
847 634-8800
support@borcia.com
_____/

## WITHDRAWAL OF RESPONSE AGREEING WITH TRUSTEE'S NOTICE OF FINAL CURE FILED AUGUST 27, 2015

     NOW COMES Ocwen Loan Servicing, LLC through its attorney, Potestivo & Associates, P.C., hereby withdraws its Response Disagreeing with Trustee's Notice of Final Cure that was attached to Proof of Claim # 15 filed August 25, 2015. The Response was attached to the incorrect Claim.

Dated: August 28, 2015                         /s/ Caleb J. Halberg
                                                                  Potestivo & Associates, P.C.
                                                                  Caleb J. Halberg (ARDC#6306089)
                                                                  223 W. Jackson Blvd., Suite 610
                                                                  Chicago, Illinois 60606
                                                                  Telephone: (312) 263-0003
                                                                  Main Fax: (312) 263-0002
                                                                  Cook County Firm ID #: 43932
                                                                  DuPage County Firm ID #: 223623
                                                                  Attorneys for Ocwen Loan Servicing, LLC

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Grenner Montgomery, Jr.                            Case No. 11-36294
    Veronis R. Montgomery                              Chapter 13
                                                                   Judge: A. Benjamin Goldgar
                Debtors,
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for: Ocwen Loan Servicing, LLC
Our File No.: C15-26596

Kenneth S Borcia
Kenneth Borcia & Associates
P.O Box 447
Libertyville, IL 60048
847 634-8800
support@borcia.com

_____/   **AFFIDAVIT OF SERVICE**

      I, Carrie K. Williams, state that on the 28th day of August 2015, I served a copy of the Withdraw of Response to the Notice of Final Cure and Affidavit of Service of same upon the below listed parties:

Grenner Montgomery, Jr.
Veronis R. Montgomery
1722 grove Avenue
North Chicago, IL  60064

Office of the U.S. Trustee
219 S Dearborn St, Room 873
Chicago, IL 60604

Kenneth S Borcia
Kenneth Borcia & Associates
P.O Box 447
Libertyville, IL 60048

Glenn B Stearns
801 Warrenville Road, Suite 650
Lisle, IL 60532

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to Debtor and via CM-ECF electronic filing to the Debtors' Attorney and the Trustee, and the U.S. Trustee

                                                            ***/s/  Carrie K. Williams***
                                                             Employee of Potestivo & Associates, P.C.
                                                             811 South Boulevard, Suite 100
                                                             Rochester Hills, MI 48307
                                                             (248) 853-4400
                                                             cwilliams@potestivolaw.com